IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMY FORD,

Plaintiff,

v.

BECTON, DICKENSON and COMPANY,

Defendant.

Case No. 20-cv-1315 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/30/2023**             **MONICA A. STUMP, Clerk of Court**

             **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**